**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Sticky's Holdings LLC, *et al.*, | Case No. 24- |
| Debtors.[1] | Joint Administration Requested |

**AGENDA FOR FIRST DAY HEARING**
<u>**INDEX OF FIRST DAY PAPERS**</u>

<u>PETITION</u>

1. Voluntary Petitions

    a. Sticky's Holdings LLC (Case No. 24-10856)
    b. Sticky Fingers LLC (Case No. 24-10857)
    c. Sticky Fingers II LLC (Case No. 24-10858)
    d. Sticky Fingers III LLC (Case No. 24-10859)
    e. Sticky Fingers IV LLC (Case No. 24-10860)
    f. Sticky Fingers V LLC (Case No. 24-10861)
    g. Sticky Fingers VI LLC (Case No. 24-10862)
    h. Sticky's BK 1 LLC (Case No. 24-10863)
    i. Sticky's NJ 1 LLC (Case No. 24-10864)
    j. Sticky Fingers VII LLC (Case No. 24-10865)
    k. Sticky's NJ II LLC (Case No. 24-10866)
    l. Sticky Fingers IX LLC (Case No. 24-10867)
    m. Sticky's NJ III LLC (Case No. 24-10868)
    n. Sticky Fingers VIII LLC (Case No. 24-10869)
    o. Sticky's NJ IV LLC (Case No. 24-10870)
    p. Sticky's WC 1 LLC (Case No. 24-10871)
    q. Sticky's Franchise LLC (Case No. 24-10872)
    r. Sticky's PA GK I LLC (Case No. 24-10873)
    s. Stickys Corporate LLC (Case No. 24-10874)
    t. Sticky's IP LLC (Case No. 24-10875)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sticky's Holdings LLC (3586); Sticky Fingers LLC (3212); Sticky Fingers II LLC (7125); Sticky Fingers III LLC (3914); Sticky Fingers IV LLC (9412); Sticky Fingers V LLC (1465); Sticky Fingers VI LLC (0578); Sticky's BK 1 LLC (0423); Sticky's NJ 1 LLC (5162); Sticky Fingers VII LLC (1491); Sticky's NJ II LLC (6642); Sticky Fingers IX LLC (5036); Sticky's NJ III LLC (7036); Sticky Fingers VIII LLC (0080); Sticky NJ IV LLC (6341); Sticky's WC 1 LLC (0427); Sticky's Franchise LLC (5232); Sticky's PA GK I LLC (7496); Stickys Corporate LLC (5719); and Sticky's IP LLC (4569). The Debtors' mailing address is 24 E. 23rd Street, New York, NY 10010.

## DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS

2.     Declaration of Jamie Greer in Support of First Day Relief (D.I. 13, filed 04/25/2024).

## MATTERS GOING FORWARD

3.     Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases (D.I. 3, 04/25/2024).

Status:  This matter will be going forward.

4.     Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of the Petition Date (D.I. 4, 04/25/2024).

Status:  This matter will be going forward.

5.     Debtors' Motion for Entry of Interim and Final Orders Authorizing, But Not Directing, the Debtor to Pay Certain Taxes (D.I. 5, 04/25/2024)

Status:  This matter will be going forward.

6.     Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Services, (II) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtors to Provide Additional Assurance, (III) Establishing Procedures to Resolve Requests for Additional Assurance and (IV) Granting Related Relief (D.I. 6, 04/25/2024)

Status:  This matter will be going forward.

7.     Debtors' Motion Pursuant to Sections 105(A), 363(B), 363(C) and 1107(A) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004(H) for Interim and Final Orders Authorizing Debtor to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, (C) Renew, Revise, Extend, Supplement, Change or Enter Into New Insurance Coverage as Needed in Their Business Judgment, (D) Maintain the Surety Bond, and (E) Continue to Honor Insurance Premium Financing Obligations (D.I. 7, 04/25/2024)

Status:  This matter will be going forward.

8.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor and Continue Certain Customer Programs, (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief (D.I. 8, 04/25/2024)

Status:  This matter will be going forward.

9. Debtors' Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors and (II) Granting Related Relief (D.I. 9, 04/25/2024)

Status:  This matter will be going forward.

10. Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, 541, 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Payment of Prepetition Claims Arising Under (A) the Perishable Agricultural Commodities Act and (B) the Packers and Stockyards Act, and (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related to the Foregoing (D.I. 10, 04/25/2024)

Status:  This matter will be going forward.

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Wages, Benefits and Other Compensation Obligations, (II) Authorizing Financial Institutions to Honor All Obligations Related Thereto, and (III) Granting Related Relief (D.I. 11, 04/25/2024)

Status:  This matter will be going forward.

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts and Payment Methods, (III) Authorizing Use of Existing Business Forms, (IV) Authorizing Continuation of Ordinary Course Intercompany Transactions, (V) Granting Administrative Priority to Post-Petition Intercompany Claims, (VI) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief (D.I. 12, 04/25/2024)

Status:  This matter will be going forward.

| | |
|---|---|
| Dated: April 25, 2024<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ John W. Weiss*<br>John W. Weiss (No. 4160)<br>Joseph C. Barsalona II (No. 6102)<br>1007 North Orange Street, 4th Floor, Suite 183<br>Wilmington, DE 19801-1242<br>Telephone: (302) 592-6496<br>Email: jweiss@pashmanstein.com<br>         jbarsalona@pashmanstein.com<br><br>-and-<br><br>Richard C. Solow (*pro hac vice* pending)<br>Katherine R. Beilin (*pro hac vice* pending)<br>Court Plaza South, East Wing<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601<br>Telephone: (201) 488-8200<br>Email: rsolow@pashmanstein.com<br>         kbeilin@pashmanstein.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |