# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 4/25/2024 |
| Case: 24−10856−JKS | Form ID: van313 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee      USTPRegion03.WL.ECF@USDOJ.GOV
aty      John W. Weiss      jweiss@pashmanstein.com
aty      Joseph Charles Barsalona II      jbarsalona@pashmanstein.com
aty      Joseph F. Cudia      joseph.cudia@usdoj.gov

                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Sticky's Holdings LLC      24 East 23rd Street      New York, NY 10010

                                TOTAL: 1