# Exhibit A

**Exhibit A**
**Ballot Tabulation Summary**

| Class | Class Description | Not Tabulated | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected | Class Accepted or Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | General Unsecured Claims | 0 | 3 | 2 | 1 | 66.67% | 33.33% | $417,653.58 | $417,652.58 | $1.00 | 100.00% | 0.00% | **Accepted** |

In re Sticky's Holdings LLC, et al.
Case No. 24-10856 (JKS)

Page 1 of 1

# Exhibit A-1

**Exhibit A-1**
**Class 3 Ballot Detail**
**General Unsecured Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Date Signed | Vote |
|---|---|---|---|---|---|
| Navitas Credit Corp. | 08/26/2024 | 1 | $36,410.50 | 08/26/2024 | Accept |
| Sticky Fingers Restaurants, LLC | 08/28/2024 | 3 | $1.00 | 08/28/2024 | Reject |
| US Foods, Inc.[1] | 11/04/2024 | 4 | $381,242.08 | 11/04/2024 | Accept |

[1] Debtors provided Claimant with an extended voting deadine.

In re Sticky's Holdings LLC, et al.
Case No. 24-10856 (JKS)

Page 1 of 1