# Exhibit B

**Exhibit B**
**Opt Out Summary**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Opt Out of Release |
|---|---|---|---|---|---|---|
| Sticky Fingers Restaurants, LLC | 08/28/2024 | 3 | $1.00 | Reject | 3 General Unsecured Claims | Yes |

In re Sticky's Holdings LLC, et al.
Case No. 24-10856 (JKS)

Page 1 of 1