IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**Sticky's Holdings LLC, *et al.*,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10856 (JKS)<br><br>Jointly Administered<br><br>**Obj. Deadline: December 3, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: December 10, 2024 at 11:00 a.m. (ET)** |

**NOTICE OF MOTION FOR AN ORDER AUTHORIZING LEECH TISHMAN ROBINSON BROG, PLLC TO WITHDRAW AS COUNSEL OF RECORD TO UNSECURED CREDITOR STICKY FINGERS RESTAURANTS, LLC**

**PLEASE TAKE NOTICE** that on November 11, 2024, Leech Tishman Robinson Brog, LLC filed its *Motion for Entry of an Order Authorizing LTRB to Withdraw as Counsel of Record to Unsecured Creditor Sticky Fingers Restaurants, LLC* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (a) be in writing, (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 3, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline"), and (c) served as to be received on or before the Objection Deadline upon Leech Tishman Robinson Brog, PLLC, One Dag Hammarskjold Plaza, 885 Second Avenue, 3rd Floor, New York, New York 10017, Attn: Laura-Michelle Horgan, Esq., lmhorgan@leechtishman.com and Lori A. Schwartz, Esq., Esq., lschwartz@leechtishman.com

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON DECEMBER 10, 2024 AT 11:00 A.M. (ET) BEFORE THE HONORABLE J. KATE STICKLES, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.**

---

[1] According to documents filed by the Debtors, the Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sticky's Holdings LLC (3586); Sticky Fingers LLC (3212); Sticky Fingers II LLC (7125); Sticky Fingers III LLC (3914); Sticky Fingers IV LLC (9412); Sticky Fingers V LLC (1465); Sticky Fingers VI LLC (0578); Sticky's BK I LLC (0423); Sticky's NJ 1 LLC (5162); Sticky Fingers VII LLC (1491); Sticky's NJ II LLC (6642); Sticky Fingers IX LLC (5036); Sticky's NJ III LLC (7036); Sticky Fingers VIII LLC (0080); Sticky NJ IV LLC (6341); Sticky's WC 1 LLC (0427); Sticky's Franchise LLC (5232); Sticky's PA GK I LLC (7496); Stickys Corporate LLC (5719); and Sticky's IP LLC (4569). The Debtors' mailing address is 21 Maiden Lane, New York, NY 10038.

4881-6483-3009, v. 2

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 11, 2024

*/s/ Gregory W. Hauswirth*
Gregory W. Hauswirth (DE No. 5679)
CAROTHERS & HAUSWIRTH LLP
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 332-7181
Email: ghauswirth@ch-legal.com

*Counsel to Leech Tishman Robinson Brog, PLLC*

-and-

Lori A. Schwartz (admitted *pro hac vice*)
Laura Michelle Horgan (admitted *pro hac vice*)
LEECH TISHMAN
ROBINSON BROG, PLLC
One Dag Hammarskjöld Plaza
885 Second Avenue, 3rd Floor
New York, NY 10022
Telephone: (212) 603-6300
Email: lschwartz@leechtishman.com