# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Sticky's Holdings LLC, *et al.*, | Case No. 24-10856 (JKS) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 13, 2024 AT *10:30 A.M.* (ET)

*NOTE THAT TIME OF THE HEARING HAS BEEN CHANGED TO 10:30 A.M. (ET)*

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles's Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website**

**RESOLVED MATTERS**:

1. Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Effective as of September 30, 2024 and (II) Granting Related Relief (D.I. 326, filed 09/30/2024)

   Objection Deadline: October 15, 2024, at 4:00 p.m. (ET).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sticky's Holdings LLC (3586); Sticky Fingers LLC (3212); Sticky Fingers II LLC (7125); Sticky Fingers III LLC (3914); Sticky Fingers IV LLC (9412); Sticky Fingers V LLC (1465); Sticky Fingers VI LLC (0578); Sticky's BK I LLC (0423); Sticky's NJ 1 LLC (5162); Sticky Fingers VII LLC (1491); Sticky's NJ II LLC (6642); Sticky Fingers IX LLC (5036); Sticky's NJ III LLC (7036); Sticky Fingers VIII LLC (0080); Sticky NJ IV LLC (6341); Sticky's WC 1 LLC (0427); Sticky's Franchise LLC (5232); Sticky's PA GK I LLC (7496); Stickys Corporate LLC (5719); and Sticky's IP LLC (4569). The Debtors' mailing address is 21 Maiden Lane, New York, NY 10038.

[2] **Amended items appear in bold and italicized.**

Responses Received: None.

Related Pleadings:

    a.    Certificate of No Objection Regarding Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Effective as of September 30, 2024 and (II) Granting Related Relief (D.I 339, filed 10/16/2024)

    b.    Order Granting Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Effective as of September 30, 2024, and (II) Granting Related Relief (D.I. 370, filed 10/22/2024)

Status: The Court entered the order. No hearing is necessary.

**CONFIRMATION HEARING**

2.    Subchapter V Debtors' Modified First Amended Plan of Reorganization (D.I. 368, filed 10/21/2024)

Objection Deadline: August 28, 2024, at 5:00 p.m. (ET). The objection deadline was extended until August 30, 2024 at 4:00 p.m. for SRI-WSA Properties I, LLC and UE Bergen Mall Owner LLC. The objection deadline was further extended until September 3, 2024 at 11:59 p.m. for SRI-WSA Properties I, LLC and UE Bergen Mall Owner LLC. The objection deadline was further extended until September 5, 2024 at 11:59 p.m. for SRI-WSA Properties I, LLC and UE Bergen Mall Owner LLC. The objection deadline was extended until September 4, 2024 at 4:00 p.m. for U.S. Foods Inc. The objection deadline was further extended until September 5, 2024 at 11:59 p.m. for U.S. Foods Inc. The objection deadline was further extended until September 9, 2024 at 11:59 p.m. for U.S. Foods Inc. The objection deadline was further extended until September 10, 2024 at 11:59 p.m. for U.S. Foods Inc. The objection deadline was further extended until September 11, 2024 at 11:59 p.m. for U.S. Foods Inc. The objection deadline has been further extended to a date to be determined for U.S. Foods Inc.

Responses Received: Informal comments received from the United States Trustee. Informal comments also received from SRI-WSA Properties I, LLC and UE Bergen Mall Owner LLC.

    a.    United States Trustee's Objection to Confirmation of the Subchapter V Debtors' Plan of Reorganization (D.I. 292, filed 08/28/2024)

    b.    Sticky Finger Restaurants LLC's Objection to Subchapter V Debtors' Plan of Reorganization and Reservation of Rights (D.I. 293, filed 08/28/2024)

Related Pleadings:

a. Subchapter V Debtors' Plan of Reorganization (D.I. 247, filed 07/24/2024)

b. Certificate of Counsel Submitting Proposed Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; and (III) Granting Related Relief (D.I. 248, filed 07/25/2024)

c. Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; and (III) Granting Related Relief (D.I. 249, filed 07/26/2024)

d. Notice of Hearing to Consider Confirmation of the Plan and the Objection Deadline Related Thereto (D.I. 250, filed 07/26/2024)

e. Certificate of Service: Solicitation (D.I. 262, filed 08/09/2024)

f. Notice of Filing of Plan Supplement (D.I. 268, filed 08/21/2024)

g. Notice of Adjournment of Confirmation Hearing and Extension of Certain Other Deadlines Related to Confirmation of the Subchapter V Debtors' Plan of Reorganization (D.I. 299, filed 09/11/2024)

h. Subchapter V Debtors' First Amended Plan of Reorganization (D.I. 334, filed 10/11/2024)

i. Blackline of Subchapter V Debtors' First Amended Plan of Reorganization (D.I. 335, filed 10/11/2024)

j. Notice of Hearing to Consider Confirmation of the Plan and Extension of Certain Other Deadlines Related to Confirmation of the Subchapter V Debtors' First Amended Plan of Reorganization (D.I. 336, filed 10/11/2024)

k. Blackline of Subchapter V Debtors' Modified First Amended Plan of Reorganization (D.I. 369, filed 10/21/2024)

l. Declaration of Darlene S. Calderon With Respect to the Tabulation of Votes on the Subchapter V Debtors' Plan of Reorganization (D.I. 377, filed 11/06/2024)

m. Declaration of Zachary Finley in Support of Confirmation of Subchapter V Debtors' Modified First Amended Plan of Reorganization (D.I. 378, filed 11/06/2024)

n.     Declaration of Jamie Greer in Support of Confirmation of Subchapter V Debtors' Modified First Amended Plan of Reorganization (D.I. 379, filed 11/06/2024)

o.     Brief in Support of Subchapter V Debtors' Modified First Amended Plan of Reorganization (D.I. 380, filed 11/06/2024)

p.     Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and order Confirming Subchapter V Debtors' Modified First Amended Plan of Reorganization (D.I. 381, filed 11/06/2024)

q.     Notice of Refiling of (I) Exhibit B to the Debtors' Modified First Amended Plan of Reorganization, and (II) Exhibit 1 to the Declaration of Zachary Finley in Support of Confirmation of Subchapter V Debtors' Modified First Amended Plan of Reorganization (D.I. 386, filed 11/11/2024)

r.     Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and order Confirming Subchapter V Debtors' Modified First Amended Plan of Reorganization (D.I. 387, filed 11/11/2024)

<u>Status</u>:  This matter will be going forwarded.

| | |
|---|---|
| Dated: November **12**, 2024<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ **Joseph C. Barsalona II**<br>John W. Weiss (No. 4160)<br>Joseph C. Barsalona II (No. 6102)<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email: jweiss@pashmanstein.com<br>           jbarsalona@pashmanstein.com<br><br>-and-<br><br>Amy Oden (admitted *pro hac vice*)<br>Katherine R. Beilin (admitted *pro hac vice*)<br>Court Plaza South, East Wing<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601<br>Telephone: (201) 488-8200<br>Email: aoden@pashmanstein.com<br>           kbeilin@pashmanstein.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |