## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Sticky's Holdings LLC, *et al.*, | Case No. 24-10856 (JKS) |
| Reorganized Debtors.[1] | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Rossmery Martinez, depose and say that I am employed Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On or before February 12, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and, on February 12, 2025, via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Motion of Reorganized Debtors to Convert the Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code** [Docket No. 481]

- **Notice of Hearing Regarding Motion of Reorganized Debtors to Convert the Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code** [Docket No. 486]

- **Order Scheduling Omnibus Hearing Dates** [Docket No. 487]

Furthermore, on or before February 12, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit C**; and, on February 12, 2025, via First Class Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit E**:

---

[1]     The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sticky's Holdings LLC (3586); Sticky Fingers LLC (3212); Sticky Fingers II LLC (7125); Sticky Fingers III LLC (3914); Sticky Fingers IV LLC (9412); Sticky Fingers V LLC (1465); Sticky Fingers VI LLC (0578); Sticky's BK I LLC (0423); Sticky's NJ 1 LLC (5162); Sticky Fingers VII LLC (1491); Sticky's NJ II LLC (6642); Sticky Fingers IX LLC (5036); Sticky's NJ III LLC (7036); Sticky Fingers VIII LLC (0080); Sticky NJ IV LLC (6341); Sticky's WC 1 LLC (0427); Sticky's Franchise LLC (5232); Sticky's PA GK I LLC (7496); Stickys Corporate LLC (5719); and Sticky's IP LLC (4569). The Reorganized Debtors' mailing address is 21 Maiden Lane, New York, NY 10038.

- **Motion of Reorganized Debtors to Convert the Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code** [Docket No. 481]

- **Notice of Hearing Regarding Motion of Reorganized Debtors to Convert the Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code** [Docket No. 486]

Dated: February 18, 2025

*/s/ Rossmery Martinez*

Rossmery Martinez
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

Exhibit A

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Subchapter V Trustee | Archer & Greiner, PC | Natasha Songonuga, Esq. | Nsongonuga@archerlaw.com |
| Counsel to SRI-WSA Properties I, LLC and UE Bergen Mall Owner LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire, Nicholas J. Brannick, Esquire, Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| Top 20 Creditor | Chubb Limited | c/o Courtney Collins | customercare@chubb.com |
| Top 20 Creditor | Con Ed (Consolidated Edison Company of New York, Inc.) | | ConEd-bill@emailconed.com |
| Top 20 Creditor | Davis & Gilbert LLP | Daniel Dingerson | ddingerson@dglaw.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 20 Creditor | DoorDash, Inc | Amanda Resendes | amanda.resendes@doordash.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to 237 Park LH Owner LLC | Kucker, Marino, Winiarsky & Bittens LLP | Edmond P. O'Brien, Esq. | eobrien@kuckermarino.com |
| Top 20 Creditor | Leason Ellis LLP | Cameron Reuber | Accounting@leasonellis.com |
| Counsel to Sticky Fingers Restaurants LLC | Leech Tishman Fuscaldo & Lampl | Jeffrey M. Carbino | jcarbino@leechtishman.com |
| Top 20 Creditor | Ludlow Creative | Luca Rietti | lr@ludlowcreative.com |
| Top 20 Creditor | Michael Best & Friedrich LLP | A. Goldblatt | MICHAELBEST_billing@igdsystems.com |
| Counsel to Creditor Jonathan Sherman | Norris McLaughlin, P.A. | Attn Melissa A. Pena, Esq. | mapena@nmmlaw.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Joseph F. Cudia, Jon Lipshe | joseph.cudia@usdoj.gov; Jon.Lipshie@usdoj.gov |
| Top 20 Creditor | Orkin, LLC | Eldon Wayne Dempsey III | wdempsey@rollins.com |
| Counsel for the Debtors and Debtors in Possession | Pashman Stein Walder Hayden, P.C. | John W. Weiss, Joseph C. Barsalona II | jweiss@pashmanstein.com; jbarsalona@pashmanstein.com; agambale@pashmanstein.com |
| Counsel for the Debtors and Debtors in Possession | Pashman Stein Walder Hayden, P.C. | Katherine R. Beilin | kbeilin@pashmanstein.com; lsalcedo@pashmanstein.com |
| Counsel to YJL Holdings LLC | Pryor Cashman LLP | Conrad K. Chiu, Esq. | cchiu@pryorcashman.com |
| Top 20 Creditor | PSE&G (Public Service Enterprise Group, Inc) | | myaccount@pseg.com |
| Top 20 Creditor | ResQ | Coby Strononach | accounting@getresq.com |
| Top 20 Creditor | Restaurant Technologies, Inc | Jose Mieles | jmieles@rti-inc.com |
| Top 20 Creditor | Restaurant365, LLC | Gina Ratini | gratini@restaurant365.com |
| Top 20 Creditor | Rockfeld Group One Madison LLC | C/O JSRE Management, LLC | georger@jsrellc.com |
| Top 20 Creditor | Science On Call (Science Retail Inc.) | Ken Tsang | Support@scienceoncall.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Top 20 Creditor | Spectrotel, Inc | Peter Karoczki | peterk@gothamcloud.com |
| Top 20 Creditor | Sticky Fingers Restaurants, LLC | | ashlee@stickyfingers.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 20 Creditor | US Foods Holding Corp. | Mark Tarr | mark.tarr@usfoods.com |
| Top 20 Creditor | W.B. Mason Company Inc. | Mike Gualtier | mike.gualtier@wbmason.com |

Exhibit B

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | AmTrust North America, Inc | Kathleen Mangulabnan | PO Box 6939 | | | Cleveland | OH | 44101 | |
| Subchapter V Trustee | Archer & Greiner, PC | Natasha Songonuga, Esq. | 300 Delaware Ave, Suite 1100 | | | Wilmington | DE | 19081 | |
| Top 20 Creditor | Chubb Limited | c/o Courtney Collins | 436 Walnut Street, WA04K | | | Philadelphia | PA | 19106 | |
| Top 20 Creditor | Con Ed (Consolidated Edison Company of New York, Inc.) | | PO BOX 1701 | | | New York | NY | 10116 | |
| Top 20 Creditor | Davis & Gilbert LLP | Daniel Dingerson | 1675 Broadway | | | New York | NY | 10019 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 20 Creditor | DoorDash, Inc | Amanda Resendes | 303 2nd Street | | | San Francisco | CA | 94107 | |
| Top 20 Creditor | ELK 33 EAST 33RD LLC (Delaware (US)) | Morry Kalimian | 489 5TH AVE, 7TH FL | | | New York | NY | 10017 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Top 20 Creditor | Leason Ellis LLP | Cameron Reuber | One Barker Avenue | | | White Plains | NY | 10601 | |
| Top 20 Creditor | Ludlow Creative | Luca Rietti | 48 Lawridge Drive | | | New York | NY | 10573 | |
| Top 20 Creditor | Michael Best & Friedrich LLP | A. Goldblatt | 444 West Lake Street, Suite 3200 | | | Chicago | IL | 60606 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Joseph F. Cudia, Jon Lipshie | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Top 20 Creditor | Orkin, LLC | Eldon Wayne Dempsey III | 2170 Piedmont Rd. NE. | | | Atlanta | GA | 30324 | |
| Top 20 Creditor | PSE&G (Public Service Enterprise Group, Inc) | | PO Box 14444 | | | New Brunswick | NJ | 08906 | |
| Top 20 Creditor | ResQ | Coby Strononach | 18 King St East Ste 700 | | | Toronto | ON | M5H 1A1 | Canada |
| Top 20 Creditor | Restaurant Technologies, Inc | Jose Mieles | 12962 Collections Center Dr | | | Chicago | IL | 60693 | |
| Top 20 Creditor | Restaurant365, LLC | Gina Ratini | 500 Technology Drive Suite 200 | | | Irvine | CA | 92618 | |
| Top 20 Creditor | Rockfeld Group One Madison LLC | C/O JSRE Management, LLC | George Rrukaj | 550 5th Avenue 4th Floor | | New York | NY | 10036 | |
| Top 20 Creditor | Science On Call (Science Retail Inc.) | Ken Tsang | 1 N Dearborn St #1750 | | | Chicago | IL | 60602 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 20 Creditor | Spectrotel, Inc | Peter Karoczki | 104 West 40th Street, Suite 400/500 | | | New York | NY | 10018 | |

In re Sticky's Holdings LLC, et al.
Case No. 24-10856 (JKS)

Page 1 of 2

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Secured Creditor | U.S. Small Business Administration | Office of Disaster Assistance | 14925 Kingsport Rd | | | Fort Worth | TX | 76155 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Top 20 Creditor | US Foods Holding Corp. | Mark Tarr | 1051 Amboy Ave | | | Perth Amboy | NJ | 08861 | |
| Top 20 Creditor | W.B. Mason Company Inc. | Mike Gualtier | 59 Centre Street | | | Brockton | MA | 02303 | |

In re Sticky's Holdings LLC, et al.
Case No. 24-10856 (JKS)

Page 2 of 2

Exhibit C

**Exhibit C**
Creditor Matrix
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| 1450 Broadway, LLC | James Tamborlane | ecerritos@hspny.com |
| 237 Park LH Owner LLC | Anila Risinovci | wmorrissey@rxr.com |
| 237 Park LH Owner, LLC | c/o RXR Realty | wmorrissey@rxr.com |
| 432268 LLC | Esther Kearney | 432268llc@gmail.com |
| 432268 LLC | Esther Kearney | est.kearney@rogers.com |
| 432268 LLC | Gail Spindler, Esq. | gail@troplaw.com |
| 592-598 Ninth Ave LLC | Tomas Ordonez | tordonez@hubbnyc.com |
| 7Shifts | | info@7shifts.com |
| 7shifts Employee Scheduling Software Inc dba a 7shifts | | info@7shifts.com |
| Alan Liu | | Email on File |
| Alice (This is Alice, INC) | | admin-support@thisisalice.com |
| Andris Upitis | | Email on File |
| Andy Jacobi | | Email on File |
| Appfront | Ori Weisler | ori@appfront.ai |
| APPFRONT AI Ltd dba Appfront | Ori Weisler | ori@appfront.ai |
| Aprio LLP | Michelle Howard | Michelle.Howard@Aprio.com |
| Bigart Ecosystems LLC, dba Wisetail | | accounting@wisetail.com |
| Blue Stone BK Manager LLC | | avi@averyhallinvestments.com |
| Brick Law PLLC | Brian Brick | brianbrick@bricklawpllc.com |
| Bypass Trust Share of Chung Family Trust | | kevincpark@gmail.com |
| Christopher Neukermans | | Email on File |
| Consolidated Edison Company of New York Inc | Attn Suzanne Kwon | ardert@coned.com; kwons@coned.com |
| Consolidated Edison Company of New York Inc | EAG/Bankruptcy Group | ardert@coned.com |
| Consolidated Edison Company of New York Inc | Suzanne Kwon | ardert@coned.com; Kwons@coned.com |
| Cylinders | Frank | belfastgas1@gmail.com |
| Dave Humphrey | | Email on File |
| Department of Treasury - Internal Revenue Service | Internal Revenue Service | ruth.a.ayling@irs.gov |
| Dine Technology | Scott Gillman | scott.gillman@mascott.com |
| Domestic Uniform Rental | Bill Ramirez | EServices@domesticuniform.com |
| Domestic Uniform Rental | | EServices@domesticuniform.com |
| EBK IV Revocable Trust | | bkrumrei@gmail.com |
| Elizabethtown Gas Company | Paul Cisecki | correspondenceETG@sjindustries.com |
| ELK 33 East 33rd LLC | | czervas@elkinvestors.com |
| ESRT 10 Union Square, LLC | Jeff Duarte | JDuarte@esrtreit.com |
| Federal Insurance Company | c/o Chubb | courtney.collins@chubb.com |
| Figure Eight Logistics, LLC | Scott Landers | Scott@figure8.delivery |
| Get ResQ US Ltd. | | ptukrel@getresq.com |
| Greer, Jamie | | Email on File |
| Harker Palmer Investors LLC | | jhart@harkerpalmer.com |
| Hart Family Trust Dated October 31, 2014 | | jhart@harkerpalmer.com |
| Internal Revenue Service | | ruth.a.ayling@irs.gov |
| ISSM Protection Services Inc. | Kelly Sommers | ar@issm.com |
| J Birdie | Jeff Blickley | icoj123@gmail.com |
| J Cheng Commercial Property Trust dated September 1, 2018 | | j.cheng@live.com |
| Jake Bergman | | Email on File |
| JAM Sewer Cleaning Service | Alexis Gallagher | agallagher@jamserviceco.com |
| James R Hart | | Email on File |
| JM Principal Holdings LLC | | martinspotatorollsjack@gmail.com |
| Jonathan Sherman | Melissa A. Pena, Esq. | mapena@nmmlaw.com |
| Jonathan Sherman | Melissa A. Pena, Esq. | mapena@norris-law.com |

**Exhibit C**
Creditor Matrix
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Jonathan Sherman | | Email on File |
| JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | ChasePOCNotification@rasflaw.com |
| Justin Guttman | | Email on File |
| Justin Heller | | Email on File |
| Justworks Employment Group LLC | Aleksei Korobow | aleksei.korobow@justworks.com |
| Keter Environmental Services, LLC | Scott Goldstein | sgoldstein@keteres.com |
| Kevin Park | | Email on File |
| Konica Minolta Premier Finance | Clarence Madridano | Clarence.Madridano@financialservicing.net |
| Lamb Weston | Bob Benson | bob.benson@lambweston.com |
| Law Firm of Russell R. Johnson III, PLC | Russell R. Johnson III, John M. Craig | russell@russelljohnsonlawfirm.com; john@russelljohnsonlawfirm.com |
| Leason Ellis LLP | | accounting@leasonellis.com |
| Leech Tishman | Pete Fuscaldo, Esq./Laura-Michelle Horgan | lmhorgan@leechtishman.com; pfuscaldo@leechtishman.com; lschwartz@leechtishman.com |
| Leor Wolf | | Email on File |
| Let There Be Neon | Julie Browning | jb@lettherebeneon.com |
| Luis Auhmada | | Email on File |
| Lunch Box | Nabeel Alamgir | nabeel@lunchbox.io |
| Mark First | | Email on File |
| Marx Realty & Improvement Co. Inc | Carl Calabro | carl.c@marxrealty.com |
| Mechanical East Co. Inc. | Daniel Flarcraich | mechanicaleastservice@gmail.com |
| MF25 Distributors | | mf25distributors@gmail.com |
| Michael Green | | Email on File |
| Michael Sherman | | Email on File |
| Mr. Shirt | | billing@mrshirt.org |
| Navitas Credit Corp | | customerservice@navitascredit.com |
| Navitas Credit Corp. | Joyce McKulka | servicingadmin@navitascredit.com; lbost@navitascredit.com |
| Navitas Credit Corp. | Leighton Bost | lbost@navitascredit.com |
| New Jersey American Water | | Customer_Service@amwater.com |
| New York State Department of Labor | NYS Dept. of Labor | bankruptcy@labor.ny.gov; nysdol@labor.state.ny.us |
| Ocho Capital LLC | | du@ochocapital.com |
| Orkin, LLC | National Accounts Receivables | ryan.williams1@rollins.com |
| Paul Abrahamian | | Email on File |
| Paul Tietz | | Email on File |
| Paul Tuennerman | | Email on File |
| Paul Zarmati | | Email on File |
| Pepsico | Carlyn Romeo | carlyn.romeo@pepsico.com |
| Rani Management LLC | Jonathan Dishi | sisi@elyseeinvestments.com |
| RMS an iQor Company | Carlota Esmedilla | carlota.esmedilla1@iqor.com |
| Rockfeld Group One Madison LLC | | georger@jsrellc.com |
| RTI | Jose Mieles | jmieles@rti-inc.com |
| Ryan Cotton | | Email on File |
| Spectrum | | Kyla.Lehman@charter.com |
| SRI-WSA Properties I, LLC | C/O UNLMTD Real Estate Group LLC, Adam Lefkowitz | adam@unlmtdrealestate.com |
| State of New Jersey - Division of Taxation | M Umar A. Butt | m.umar.butt@treas.nj.gov |
| State of New Jersey - Division of Taxation | | m.umar.butt@treas.nj.gov |
| Steve Gornic | | Email on File |
| Sticky Fingers Restaurants, LLC | Alex Daunter | alex@stickyfingers.com; tom@cti-equity.com |
| Sticky Fingers Restaurants, LLC | Alex Daunter | alex@stickyfingers.com |

**Exhibit C**
Creditor Matrix
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Sticky Fingers Restaurants, LLC | Leech Tishman | lmhorgan@leechtishman.com; pfuscaldo@leechtishman.com; lschwartz@leechtishman.com |
| Suez Water New Jersey (Veolia) | | csnj@veolia.com |
| Supply caddy | Bradley Saveth | bms@supplycaddy.com |
| SupplyCaddy Inc | Bradley Saveth | bms@supplycaddy.com |
| Theo Dubin | | Email on File |
| Toast | Katherine Zamora | katherine.zamora@toasttab.com |
| Toast Inc | | katherine.zamora@toasttab.com |
| Trenton Rhodes | | Email on File |
| UE Bergen Mall Owner LLC | Ron Lichtenberger | rlichenberger@uedge.com |
| US Foods, Inc. | Brian Shaw | bshaw@cozen.com; kerry.carlson@usfoods.com |
| US Foods, Inc. | Kerry Carlson, Legal Department | KERRY.CARLSON@USFOODS.COM |
| Vagelatos Realty LLC | Andy Eksagapo | aeksagapo@aol.com |
| Wells Fargo Vendor Financial Services, LLC | | bankruptcynoticesdfvendor@wellsfargo.com |
| Wesnick Inc | | wesnickinc@yahoo.com |
| Whiteford Taylor & Preston LLC | William F. Taylor, Jr. | wtaylor@whitefordlaw.com |
| Wisetail | Vlad Shaposhnikov | accounting@wisetail.com |
| YJL Holdings LLC | Francis Leung | lawrenceT.leung@gmail.com |
| YJL Holdings LLC | Lawrence Leung | lawrenceT.leung@gmail.com |
| Zurich American Insurance Company | Attn Jessica Melesio | jessica.melesio@zurichna.com |
| Zurich American Insurance Company | RMS an iQor Company | carlota.esmedilla1@iqor.com |

Exhibit D

**Exhibit D**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1450 Broadway LLC | Attn Babak Zar | Real Asset Advisors LLC a/a/f | 1450 Broadway, 17th Floor | | New York | NY | 10018 | |
| 1450 Broadway, LLC | James Tamborlane | Lockbox 9643, PO Box #70280 | | | Philadelphia | PA | 19176 | |
| 237 Park LH Owner LLC | Anila Risinovci | P.O. Box 2267 | | | Hicksville | NY | 11802 | |
| 237 Park LH Owner LLC | Kucker Marino Winiarsky and Bittens LLP | Edmond P OBrien Esq. | 737 3rd Ave., 17th Floor | | New York | NY | 10017 | |
| 237 Park LH Owner, LLC | c/o RXR Realty | 75 Rockefeller Plaza | | | New York | NY | 10019 | |
| 432268 LLC | Esther Kearney | 106 Willis Drive | | | Aurora | ON | 14G 7M4 | Canada |
| 432268 LLC | Esther Kearney | 66 Wiloughby Street | | | Brooklyn | NY | 11201 | |
| 432268 LLC | Gail Spindler, Esq. | Trop Law Group LLP | 19-02 Whitestone Exp., Ste. 103 | | Whitestone | NY | 11357 | |
| 432268 LLC Landlord | Domo Taco II LLC Assignee | Joy Kwan | 147-20 35th Ave #11-G | | Flushing | NY | 11354 | |
| 592-598 Ninth Ave LLC | Attn John McCarthy | 592-598 Ninth Ave | | | New York | NY | 10036 | |
| 592-598 Ninth Ave LLC | Tomas Ordonez | 579 Fifth Avenue, 4th Floor c/o Hubb NYC Properties LLC | | | New York | NY | 10017 | |
| 7Shifts | | 211 19 St E #703 | | | Saskatoon | SK | | Canada |
| 7shifts Employee Scheduling Software Inc dba a 7shifts | | 211 19th St. East, #703 | | | Saskatoon | SK | S7K 0A2 | Canada |
| Abrogar, Ian | | Address on File | | | | | | |
| Aguilar, Milagros | | Address on File | | | | | | |
| Alexander, Kerry | | Address on File | | | | | | |
| Ali, Amer | | Address on File | | | | | | |
| Alice (This is Alice, INC) | | 249 Smith St #2015 | | | Brooklyn | NY | 11231 | |
| Alvarado, Harrison | | Address on File | | | | | | |
| Amaya, Ariana | | Address on File | | | | | | |
| Andrade Villarroel, Argenis | | Address on File | | | | | | |
| Andrades, Gabrielysh | | Address on File | | | | | | |
| Anna Distributions LLC | | 8 Old Woods Ln | | | Woodcliff Lk | NJ | 07677 | |
| Anthony Anastasio | | Address on File | | | | | | |
| Appfront | Ori Weisler | 30 Newbury St | | | Boston | MA | 02116 | |
| APPFRONT AI Ltd dba Appfront | Ori Weisler | 651 N. Broad St., Suite 206 | | | Middletown | DE | 19709 | |
| Aprio LLP | Michelle Howard | PO Box 117310 | | | Atlanta | GA | 30368 | |
| Aquino, Kayla | | Address on File | | | | | | |
| Ariza, Adriana | | Address on File | | | | | | |
| Ayala Portillo, Satya G | | Address on File | | | | | | |
| Bahi, Zakaria | | Address on File | | | | | | |
| Bank of America, N.A. | | PO Box 15284 | | | Wilmington | DE | 19850 | |
| BCB Bank | | 591-595 Avenue C | | | Bayonne | NJ | 07002 | |
| Betancourt, Cristina M | | Address on File | | | | | | |
| Bigart Ecosystems LLC, dba Wisetail | | 5301 Riata Park Court Building F | | | Austin | TX | 78727 | |
| Brick Law PLLC | Brian Brick | 2 Milford Close | | | White Plains | NY | 10606 | |
| Brito, Arielle | | Address on File | | | | | | |
| Brooks Shopping Centers LLC | Marx Realty and Development Co | 10 Grand Central 155 E. 44th St., 7th Floor | | | New York | NY | 10017 | |
| Brown, Tucker | | Address on File | | | | | | |

**Exhibit D**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Burgos Jr, Carlos | | Address on File | | | | | | |
| Burke, Roshila | | Address on File | | | | | | |
| Cabrera, Jose | | Address on File | | | | | | |
| Cano, Jonathan | | Address on File | | | | | | |
| Cardoso, Jose | | Address on File | | | | | | |
| Carrillo Aguilera, Thomas M | | Address on File | | | | | | |
| Carrillo, Christian | | Address on File | | | | | | |
| Carrillo, Mauricio | | Address on File | | | | | | |
| Cherry, Madison | | Address on File | | | | | | |
| Chong, Yessie | | Address on File | | | | | | |
| Chubb Group of Insurance Companies | | 202B Halls Mill Road | | | Whitehouse Station | NJ | 08889 | |
| Con Edison | | P.O. Box 1702 | | | New York | NY | 10116 | |
| Con Edison | | PO BOX 1701 | | | New York | NY | 10116 | |
| Consolidated Edison Company of New York Inc | Attn Suzanne Kwon | EAG/Bankruptcy Group | 4 Irving Place 9th Floor | | New York | NY | 10003 | |
| Consolidated Edison Company of New York Inc | EAG/Bankruptcy Group | 4 Irving Place 9th Floor | | | New York | NY | 10003 | |
| Consolidated Edison Company of New York Inc | Suzanne Kwon | EAG/Bankruptcy Group | 4 Irving Place 9th Floor | | New York | NY | 10003 | |
| Contreras, Alejandra | | Address on File | | | | | | |
| Contreras, Mariana J | | Address on File | | | | | | |
| Cuaxico, Maria A | | Address on File | | | | | | |
| Cuaxico, Saturnino | | Address on File | | | | | | |
| Culajay, Alexander A | | Address on File | | | | | | |
| Culajay, Oscar O | | Address on File | | | | | | |
| Cylinders | Frank | 320 Earle Avenue | | | Lynbrook | NY | 11563 | |
| D Sylva, Immaculate | | Address on File | | | | | | |
| Dave Humphrey | | Address on File | | | | | | |
| Davis & Gilbert LLP | Daniel Dingerson | 1675 Broadway | | | New York | NY | 10019 | |
| Department of Treasury - Internal Revenue Service | Internal Revenue Service | 51 Haddonfield Road Suite 300 | | | Cherry Hill | NJ | 08002 | |
| Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Diaz, Jennifer L | | Address on File | | | | | | |
| Dieuveille, Valencia | | Address on File | | | | | | |
| Dine Technology | Scott Gillman | 620 Ramsey Ave | | | Hillside | NJ | 07205 | |
| Domestic Linen Supply Co., Inc. | | 265 Cortlandt Street | | | Belleville | NJ | 07109 | |
| Domestic Uniform Rental | Bill Ramirez | P.O. Box 38 | | | Belleville | NJ | 07109 | |
| Domestic Uniform Rental | | P.O. Box 38 | | | Belleville | NJ | 07109 | |
| DoorDash, Inc | Amanda Resendes | 303 2nd Street | | | San Francisco | CA | 94107 | |
| Duarte, Maryah D | | Address on File | | | | | | |
| Edwards, Ralph | | Address on File | | | | | | |
| Elizabethtown Gas | | 520 Green Lane | | | Union | NJ | 07083 | |
| Elizabethtown Gas Company | Paul Cisecki | 520 Green Lane | | | Union | NJ | 07083 | |
| ELK 33 E. 33rd LLC | Brian W. Shaw, Esq. | Horing Welikson Rosen & Digruigliers, P.C. | 11 Hillside Avenue | | Wilmington | NY | 11596 | |
| ELK 33 East 33rd LLC | | 489 5th Avenue, 7th Floor | | | New York | NY | 10017 | |

In re Sticky's Holdings LLC, et al.
Case No. 24-10856 (JKS)

Page 2 of 9

**Exhibit D**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ELK 33 East 33rd LLC (Delaware (US)) | Morry Kalimian | 489 5th Ave, 7th Floor | | | New York | NY | 10017 | |
| Escobar, Michelle | | Address on File | | | | | | |
| ESRT 10 Union Square LLC | Empire State Realty Trust, Inc. | 111 W. 33rd St. | | | New York | NY | 10120 | |
| ESRT 10 Union Square, LLC | Jeff Duarte | 111 West 33rd Street 12th floor | | | New York | NY | 10120 | |
| Estrella, Brandon | | Address on File | | | | | | |
| Federal Insurance Company | c/o Chubb | 436 Walnut Street - WA04K | | | Philadelphia | PA | 19106 | |
| Feliciano, Charlene | | Address on File | | | | | | |
| Figure Eight Logistics, LLC | Scott Landers | 110 E25th st Suite 324 | | | New York | NY | 10010 | |
| Flores, Eduardo | | Address on File | | | | | | |
| Flores, Jimmy | | Address on File | | | | | | |
| Flores, Reyes | | Address on File | | | | | | |
| Fritzinger, Asheber | | Address on File | | | | | | |
| Gabriel, Jose A | | Address on File | | | | | | |
| Geraci, Alessandra T | | Address on File | | | | | | |
| Get ResQ US Ltd. | | 501 E. Las Olas Blvd. Unit 300 | | | Ft. Lauderdale | FL | 33301 | |
| Gibbs, Allister | | Address on File | | | | | | |
| Gil Castillo, Tomas | | Address on File | | | | | | |
| Gomez Perez, Erixon | | Address on File | | | | | | |
| Gomez Rodriguez, Yarlenis | | Address on File | | | | | | |
| Gomez, Eudis | | Address on File | | | | | | |
| Gonzalez Jr, Charlie | | Address on File | | | | | | |
| Gonzalez Juarez, Pascual J | | Address on File | | | | | | |
| Gonzalez, Henry | | Address on File | | | | | | |
| Gotla, Farzad | | Address on File | | | | | | |
| Great American Insurance Company | | 3436 Toringdon Way, Suite 200 | | | Charlotte | NC | 28277 | |
| Greer, Jamie | | Address on File | | | | | | |
| Grullon, Alexander | | Address on File | | | | | | |
| Harker Palmer Investors LLC | | 524 Jersey St. | | | San Francisco | CA | 94114 | |
| Hart Family Trust Dated October 31, 2014 | | Address on File | | | | | | |
| Henderson, Sh mar | | Address on File | | | | | | |
| Henry, Niasheyia S | | Address on File | | | | | | |
| Heredia, Jaelyn | | Address on File | | | | | | |
| Hernandez, Elian | | Address on File | | | | | | |
| Hernandez, Vicente | | Address on File | | | | | | |
| Huerta, Gustabo B | | Address on File | | | | | | |
| Huerta, Susana A | | Address on File | | | | | | |
| IPFS of New York, LLC | | PO Box 412086 | | | Kansas City | MO | 64141 | |
| ISSM Protection Services Inc. | Kelly Sommers | 1376 Lakewood Rd. | | | Toms River | NJ | 08755 | |
| J Birdie | Jeff Blickley | 37 Guilford Road | | | Port Washington | NY | 11050 | |
| Jake Bergman | | Address on File | | | | | | |
| JAM Service Company | Alexis Gallagher | 125-06 18th Ave. | | | College Point | NY | 11356 | |
| JAM Sewer Cleaning Service | Alexis Gallagher | 125-06 18th Avenue | | | College Point | NY | 11356 | |
| James R Hart | | Address on File | | | | | | |
| Javier, Jancarlos | | Address on File | | | | | | |
| Jerry Simonetti | | Address on File | | | | | | |
| Jimenez, Roberto | | Address on File | | | | | | |

In re Sticky's Holdings LLC, et al.
Case No. 24-10856 (JKS)

Page 3 of 9

**Exhibit D**

Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| JM Principal Holdings LLC | | 143 Otter Rock Drive | | | Greenwich | CT | 06830 | |
| Johnson, Destin | | Address on File | | | | | | |
| Johnson, Jaysahn | | Address on File | | | | | | |
| Jonathan Sherman | Melissa A. Pena, Esq. | Norris Mclaughlin, P.A. | 400 Crossing Boulevard, 8th Floor | P.O. Box 5933 | Wilmington | NJ | 08807-5933 | |
| Jonathan Sherman | Melissa A. Pena, Esq. | Norris McLaughlin, P.A. | 7 Times Square 21st Floor | | New York | NY | 10036 | |
| Jonathan Sherman | | Address on File | | | | | | |
| Jonathan Sherman | | Address on File | | | | | | |
| JPMorgan Chase Bank, N.A. | | PO Box 182051 | | | Columbus | OH | 43218-2051 | |
| JPMorgan Chase Bank, N.A. | | PO Box 15368 | | | Wilmington | DE | 19850 | |
| JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | JPMorgan Chase Bank, N.A. | PO Box 15368 | | | Wilmington | DE | 19850 | |
| JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | 6409 Congress Avenue, Suite 100 | | | Boca Raton | FL | 33487 | |
| JSRE Management, LLC | Attn Ness Cohen, Esq. | Clifford Chance US LLP | 31 West 52nd Street | | New York | NY | 10019 | |
| JSRE Management, LLC | Attn Steven Montague | c/o 1 Madison JS Member LLC | Rockfield Group One Madison, LLC | 500 Fifth Avenue, 4th Floor | New York | NY | 10036 | |
| Justworks Employment Group LLC | Aleksei Korobow | 55 Water Street, 29th Floor | | | New York | NY | 10041 | |
| Kane, Mariam | | Address on File | | | | | | |
| Keter Environmental Services, LLC | Scott Goldstein | PO Box 417468 | | | Boston | MA | 02241 | |
| Kevin Park | | Address on File | | | | | | |
| Konica Minolta Premier Finance | Clarence Madridano | P.O. Box 070241 | | | Philadelphia | PA | 19176 | |
| Lamb Weston | Bob Benson | 599 South Rivershore Lance | | | Eagle | ID | 83616 | |
| LanFranco, Emely | | Address on File | | | | | | |
| Law Firm of Russell R. Johnson III, PLC | Russell R. Johnson III, John M. Craig | 2258 Wheatlands Drive | | | Manakin-Sabot | VA | 23103 | |
| Lawrence, Tasia | | Address on File | | | | | | |
| Leason Ellis LLP | Cameron Reuber | One Barker Avenue | | | White Plains | NY | 10601 | |
| Leason Ellis LLP | | 1 Barker Avenue, 5th Floor | | | White Plains | NY | 10601 | |
| Leech Tishman | Pete Fuscaldo, Esq./Laura-Michelle Horgan | 875 Third Avenue 9th Floor | | | New York | NY | 10022 | |
| Let There Be Neon | Julie Browning | 38 White Street | | | New York | NY | 10013 | |
| Lewis, Onika A | | Address on File | | | | | | |
| Livingston, Shanequa | | Address on File | | | | | | |
| Lojano, Manuel | | Address on File | | | | | | |
| Lopez, Chelsey | | Address on File | | | | | | |
| Lopez, Emilio | | Address on File | | | | | | |
| Lucero Alvarez, Beto | | Address on File | | | | | | |
| Lucero-Cabrera, Irving | | Address on File | | | | | | |
| Ludlow Creative | | 48 Lawridge Drive | | | Rye Brook | NY | 10573 | |
| Luis Auhmada | | Address on File | | | | | | |
| Lunch Box | Nabeel Alamgir | 1216 Broadway | | | New York | NY | 10001 | |
| M&T Bank | | 1018 Washington St. | | | Hoboken | NJ | 07030 | |
| Maisonet, Jaelen | | Address on File | | | | | | |

In re Sticky's Holdings LLC, et al.
Case No. 24-10856 (JKS)

Page 4 of 9

**Exhibit D**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Markovitch, Nicholas A | | Address on File | | | | | | |
| Marquez, Evan J | | Address on File | | | | | | |
| Martinez Jr, Ivan | | Address on File | | | | | | |
| Marx Realty & Improvement Co. Inc | Carl Calabro | 10 Grand Central | | | New York | NY | 10017 | |
| McCall, Ja Qwaysha | | Address on File | | | | | | |
| McCants, Nasya | | Address on File | | | | | | |
| Mechanical East Co. Inc. | Daniel Flarcraich | 40 Dobbin Street | | | Brooklyn | NY | 11222 | |
| Mejia, Yulisa | | Address on File | | | | | | |
| Melgarejo, Fabiola | | Address on File | | | | | | |
| Mellusi, Anthony | | Address on File | | | | | | |
| Mendoza, Jose | | Address on File | | | | | | |
| Mercado, Raven | | Address on File | | | | | | |
| Meriscar, Frantz | | Address on File | | | | | | |
| MF25 Distributors | | P.O. Box 490 | | | Selden | NY | 11784 | |
| Michael Best & Friedrich LLP | A. Goldblatt | 444 West Lake Street, Suite 3200 | | | Chicago | IL | 60606 | |
| Michael Green | | Address on File | | | | | | |
| Molos, Zachary C | | Address on File | | | | | | |
| Moncado, Camila | | Address on File | | | | | | |
| Moreira, Paul | | Address on File | | | | | | |
| Mr. Shirt | | 72-24 61st St. | | | Glendale | NY | 11385 | |
| Munoz, Efrain | | Address on File | | | | | | |
| National Grid | | P.O. Box 11741 | | | Newark | NJ | 07101 | |
| National Grid | | P.O. BOX 371416 | | | Pittsburgh | PA | 15250-7416 | |
| Navitas Credit Corp | | 201 Executive Drive Suite 100 | | | Columbia | SC | 29210 | |
| Navitas Credit Corp. | Joyce McKulka | 201 Executive Center Dr. Suite 100 | | | Columbia | SC | 29210 | |
| Navitas Credit Corp. | Leighton Bost | 201 Executive Center Dr. Suite 100 | | | Columbia | SC | 29210 | |
| New Jersey American Water | | Box 371331 | | | Pittsburgh | PA | 15250-7331 | |
| New Jersey American Water | | P.O. Box 371331 | | | Pittsburgh | PA | 15250 | |
| New York State Department of Labor | NYS Dept. of Labor | State Campus, Bldg 12-Rm 256 | | | Albany | NY | 12226 | |
| New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | |
| New York State Department of Taxation and Finance | | Civil Enforcement Division | W A Harriman Campus | | Albany | NY | 12227-0841 | |
| New York State Department of Taxation and Finance | | Harriman Campus Rd | | | Albany | NY | 12227 | |
| Nicholson, Jeremiah | | Address on File | | | | | | |
| NJ Department of Labor | | 124 Halsey St | | | Newark | NJ | 07102 | |
| NJ Real Estate Tax | NJ Division of Taxation | 3 John Fitch Way, 5th Floor | PO Box 245 | | Trenton | NJ | 08695-0245 | |
| NJ Sales Tax | NJ Division of Taxation | 3 John Fitch Way, 5th Floor | PO Box 245 | | Trenton | NJ | 08695-0245 | |
| Nurse, Lanise | | Address on File | | | | | | |
| NY Department of Labor | NYS Department of Labor Building | 2 W.A. Harriman Campus | | | Albany | NY | 12226 | |
| NY Real Estate Tax | NYC Department of Finance | P.O. Box 680 | | | Newark | NJ | 07101-0680 | |

In re Sticky's Holdings LLC, et al.
Case No. 24-10856 (JKS)

Page 5 of 9

**Exhibit D**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| NY Sales Tax | NEW YORK STATE DEPT OF TAXATION AND FINANCE BANKRUPTCY SECTION | PO BOX 5300 | | | ALBANY | NY | 12205-0300 | |
| Orkin | Eldon Wayne Dempsey III | 2170 Piedmont Rd. NE. | | | Atlanta | GA | 30324 | |
| Orkin | | 2170 Piedmont Rd. NE. | | | Atlanta | GA | 30324 | |
| Orkin, LLC | National Accounts Receivables | 2170 Piedmont Road NE | | | Atlanta | GA | 30324 | |
| Ortega, Jesse | | Address on File | | | | | | |
| Ortega, Melisa | | Address on File | | | | | | |
| Ortega-Prado, Angel | | Address on File | | | | | | |
| Ortiz, Annabelle | | Address on File | | | | | | |
| Ortiz, Carlos | | Address on File | | | | | | |
| Orzuna, Pedro | | Address on File | | | | | | |
| Parker, Aniyah | | Address on File | | | | | | |
| Paul Abrahamiam | | Address on File | | | | | | |
| Paul Abrahamian | | Address on File | | | | | | |
| Paul Tuennerman | | Address on File | | | | | | |
| Paul Zarmati | | Address on File | | | | | | |
| Pelaez, Anaiss | | Address on File | | | | | | |
| Perdomo, Edis | | Address on File | | | | | | |
| Perkins, Rakhel | | Address on File | | | | | | |
| Phillips, Shanna Kay | | Address on File | | | | | | |
| Pierre, Juliana | | Address on File | | | | | | |
| Platt, Sadiq | | Address on File | | | | | | |
| Pruitt, Destiny | | Address on File | | | | | | |
| PSE&G | | P.O. Box 1444 | | | New Brunswick | NJ | 08906 | |
| PSE&G | | PO Box 14444 | | | New Brunswick | NJ | 08906 | |
| Ramirez Turbay, Geury S | | Address on File | | | | | | |
| Ramirez, Armando | | Address on File | | | | | | |
| Ramp | Avery Geller | 28 West 23rd Street, Floor 2 | | | New York | NY | 10010 | |
| Rani Management LLC | Jonathan Dishi | 571 West 183rd Street | | | New York | NY | 10033 | |
| Rani Management LLC | Michael Dishi | 571 W. 183rd St., Suite 905 | | | New York | NY | 10016 | |
| Raymond, Brandon N | | Address on File | | | | | | |
| ResQ | Coby Strononach | 18 King St East Ste 700 | | | Toronto | ON | M5H 1A1 | Canada |
| ResQ | | 18 King St East Ste 700 | | | Toronto | ON | M5H 1A1 | Canada |
| Restaurant 365 | | 500 Technology Drive Suite 200 | | | Irvine | CA | 92618 | |
| Restaurant Technologies Inc. | | 12962 Collections Center Dr | | | Chicago | IL | 60693 | |
| Restaurant Technologies, Inc | Jose Mieles | 12962 Collections Center Dr | | | Chicago | IL | 60693 | |
| Restaurant365 | Gina Ratini | 500 Technology Drive Suite 200 | | | Irvine | CA | 92618 | |
| Reyes Vargas, Lismary | | Address on File | | | | | | |
| Rivera Leon, Jean Cesar | | Address on File | | | | | | |
| RMS an iQor Company | Carlota Esmedilla | PO Box 5007 | | | Fogelsville | PA | 18051 | |
| Rockfeld Group One Madison LLC | c/o 1 Madison JS Member LLC | c/o JSRE Management LLC | 550 Third Avenue, 4th Floor | | New York | NY | 10036 | |
| Rockfeld Group One Madison LLC | Ike Beyda | PO Box 4914 | | | New York | NY | 10185 | |
| Rockfeld Group One Madison LLC | | PO Box 4914 | | | New York | NY | 10185 | |
| Rodriguez, Adrian | | Address on File | | | | | | |
| Rodriguez, Alex | | Address on File | | | | | | |

In re Sticky's Holdings LLC, et al.
Case No. 24-10856 (JKS)

Page 6 of 9

**Exhibit D**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Rodriguez, Jacob | | Address on File | | | | | | |
| Rodriguez, Liz | | Address on File | | | | | | |
| Rojas Ponce, Edgar | | Address on File | | | | | | |
| Ross, Keniel | | Address on File | | | | | | |
| Roundtree, Imani | | Address on File | | | | | | |
| RTI | Jose Mieles | 446 Getty Avenue | | | Clifton | NJ | 07011 | |
| Ryan Cotton | | Address on File | | | | | | |
| Sanchez Jr, Juan A | | Address on File | | | | | | |
| Saucci, Meredith | | Address on File | | | | | | |
| Sawadogo, Seydou A | | Address on File | | | | | | |
| Science On Call | Ken Tsang | 415 Mission St Fl 3 | | | San Francisco | CA | 94105-2504 | |
| Science on Call | | 1 N Dearborn St #1750 | | | Chicago | IL | 60602 | |
| Sean Guilfoyle | | Address on File | | | | | | |
| Sequoia Insurance Company | | 17771 Cowan Avenue, Suite 100 | | | Irvine | CA | 92614 | |
| Serrato, Jesus | | Address on File | | | | | | |
| Shaw, Dante K | | Address on File | | | | | | |
| Shelterpoint Life Insurance Company | | 1225 Franklin Ave, Suite 475 | | | Garden City | NY | 11530 | |
| Smith, Ashley M | | Address on File | | | | | | |
| Solorzano, Simon A | | Address on File | | | | | | |
| Spectrotel | | 3535 State Highway 66, Bldg. 7 | | | Neptune | NJ | 07753 | |
| Spectrotel Holding Company LLC | Attn Chief Operating Officer | P.O. Box 339 | | | Neptune | NJ | 07754 | |
| Spectrotel Holding Company LLC | Attn Director of Customer Care | P.O. Box 339 | | | Neptune | NJ | 07754 | |
| Spectrotel Holding Company, LLC | Attn Peter Karoczki | 104 West 40th Street, Suite 400/500 | | | New York | NY | 10018 | |
| Spectrum | | 1600 Dublin Rd | | | Columbus | OH | 43215 | |
| Spectrum | | 4145 S. Falkenburg Rd. | | | Riverview | FL | 33578 | |
| Spectrum (Charter Communications, inc) | | 4145 S. FALKENBURG RD | | | Riverview | FL | 33578 | |
| Spectrum Business | | 4145 S. FALKENBURG RD | | | Riverview | FL | 33578 | |
| SRI-WSA Properties I LLC | UNLMTD Real Estate Group | 200 Washington St., 5th Floor | | | Hoboken | NJ | 07030 | |
| SRI-WSA Properties I, LLC | C/O UNLMTD Real Estate Group LLC, Adam Lefkowitz | One Bridge Plaza Suite 475 | | | Fort Lee | NJ | 07024 | |
| State of New Jersey - Division of Taxation | M Umar A. Butt | 3 John Fitch Way, 5th Floor | PO Box 245 | | Trenton | NJ | 08695 | |
| State of New Jersey - Division of Taxation | | PO Box 245 | | | Trenton | NJ | 08695 | |
| Steve Gornic | | Address on File | | | | | | |
| Sticky Fingers Restaurants, LLC | Alex Daunter | 5060 Dorchester Road, Suite 320 | | | North Charleston | SC | 29418 | |
| Sticky Fingers Restaurants, LLC | Laura-Michelle Horgan | 311 Johnnie Dodds Blvd. | | | Mt. Pleasant | SC | 29464 | |
| Sticky Fingers Restaurants, LLC | Leech Tishman | Pete Fuscaldo, Esq./Laura-Michelle Horgan | 875 Third Avenue 9th Floor | | New York | NY | 10022 | |
| Sticky Fingers Restaurants, LLC | Lori Schwartz and Laura Michelle Horgan | Leech Tishman | One Dag Hammarskjold Plaza | 885 Second Avenue, 3rd Floor | New York | NY | 10017 | |
| Stickys InvestCo II LLC | Attn James Hart | 524 Jersey Street | | | San Francisco | CA | 94114 | |
| Stickys InvestCo LLC | Attn James Hart | 524 Jersey Street | | | San Francisco | CA | 94114 | |

In re Sticky's Holdings LLC, et al.
Case No. 24-10856 (JKS)

Page 7 of 9

**Exhibit D**

Creditor Matrix

Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Styles, Mikaii | | Address on File | | | | | | |
| Suez Water New Jersey | | P.O. Box 371804 | | | Pittsburgh | PA | 15250 | |
| Suez Water New Jersey (Veolia) | | 69 DeVoe Place | | | Hackensack | NJ | 07601 | |
| Supply caddy | Bradley Saveth | 215 NY 24th Street Suite 400 | | | Miami | FL | 33127 | |
| Supply caddy | | 12534 Wiles Road | | | Coral Springs | FL | 33076 | |
| SupplyCaddy Inc | Bradley Saveth | 12534 Wiles Rd. | | | Coral Springs | FL | 33076 | |
| Tencio, Joshua | | Address on File | | | | | | |
| The Small Business Administration, an Agency of the U.S. Government | | 409 3rd Street, SW | | | Washington | DC | 20416 | |
| Theo Dubin | | Address on File | | | | | | |
| Thoby, Matthew | | Address on File | | | | | | |
| Toast | Katherine Zamora | 401 Park Drive Suite 801 | | | Boston | MA | 02215 | |
| Toast Inc | | 401 Park Dr., Ste 801 | | | Boston | MA | 02215 | |
| Torres Guzman, Kimberly | | Address on File | | | | | | |
| Torres, Matthew | | Address on File | | | | | | |
| Travelers Insurance | | One Tower Square | | | Hartford | CT | 06183 | |
| Trenton Rhodes | | Address on File | | | | | | |
| Tucker, Chris | | Address on File | | | | | | |
| Tuennerman, Paul | | Address on File | | | | | | |
| Tummings-Hill, Tianna | | Address on File | | | | | | |
| Tusher, Raqibul | | Address on File | | | | | | |
| U.S. Foods Holding Corp dba US Foods | Marla Benedek | 1201 N. Market St., Suite 1001 | | | Wilmington | DE | 19801 | |
| UE Bergen Mall Owner LLC | Attn Legal Dept | 210 Rt. 4 East | | | Paramus | NJ | 07652 | |
| UE Bergen Mall Owner LLC | Leslie C Heilman, Esq. Ballard Spahr, LLC | 919 N. Market Street, 11th Floor | | | Wilmington | DE | 19801 | |
| UE Bergen Mall Owner LLC | Ron Lichtenberger | 210 Route 4 East 3rd floor | | | Paramus | NJ | 07652 | |
| Uribe, Liah | | Address on File | | | | | | |
| US Foods | Mark Tarr | 1051 Amboy Ave | | | Perth Amboy | NJ | 08861 | |
| US Foods | | 1051 Amboy Ave | | | Perth Amboy | NJ | 08861 | |
| US Foods, Inc. | Brian Shaw | Cozen OConnor | 123 North Wacker Drive, Suite 1800 | | Chicago | IL | 60606 | |
| US Foods, Inc. | Kerry Carlson, Legal Department | 9399 W Higgins Rd. | | | Rosemont | IL | 60018 | |
| Vagelatos Realty LLC | Andy Eksagapo | PO Box 6406 | | | Astoria | NY | 11106 | |
| Vagelatos Realty LLC | Vagelatos Realty, LLC | P.O. Box 6406 | | | Astoria | NY | 11106 | |
| Vargas Arellano, Diego | | Address on File | | | | | | |
| Vergara, Angelo | | Address on File | | | | | | |
| Verizon | Huong Phan | 500 Technology Drive Suite 500 | | | Weldon Spring | MO | 63304 | |
| Verizon | | 500 Technology Drive, Suite 550 | | | Weldon Spring | MO | 63304 | |
| Verizon Communications, Inc. | | 500 Technology Drive Suite 500 | | | Weldon Spring | MO | 63304 | |
| Vidal, Adolfo | | Address on File | | | | | | |
| Villa-Tapia, Alexander | | Address on File | | | | | | |
| Villegas Feliciano, Martha J | | Address on File | | | | | | |
| W.B. Mason Company Inc. | Mike Gualtier | 59 Centre Street | | | Brockton | MA | 02303 | |
| Walker, Juniece | | Address on File | | | | | | |
| Wally, Nyentou | | Address on File | | | | | | |
| Waters, Julia | | Address on File | | | | | | |

**Exhibit D**

Creditor Matrix

Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Vendor Financial Services, LLC | | PO Box 070241 | | | Philadelphia | PA | 19176 | |
| Wells Fargo Vendor Financial Services, LLC | | 1010 Thomas Edison Blvd SW | | | Cedar Rapids | IA | 52404 | |
| Wesnick Inc | | PO Box 867 | | | Hollbrook | NY | 11741 | |
| White, Jayla | | Address on File | | | | | | |
| Whiteford Taylor & Preston LLC | William F. Taylor, Jr. | 600 North King Street, Suite 300 | | | Wilmington | DE | 19801 | |
| Williams, Kelis | | Address on File | | | | | | |
| Wisetail | Vlad Shaposhnikov | 5301 Riata Park Ct, Building F | | | Austin | TX | 78727 | |
| YJL Holdings LLC | Francis Leung | 202 Centre Street, 6th Floor | | | New York | NY | 10013 | |
| YJL Holdings LLC | Lawrence Leung | 105 Mulberry Street, STE#202 | | | New York | NY | 10013 | |
| Ynoa Matos, Jade C | | Address on File | | | | | | |
| Zurich American Insurance Company | Attn Jessica Melesio | PO Box 68549 | | | Schaumburg | IL | 60196 | |
| Zurich American Insurance Company | RMS an iQor Company | Carlota Esmedilla | PO Box 5007 | | Fogelsville | PA | 18051 | |

In re Sticky's Holdings LLC, et al.
Case No. 24-10856 (JKS)

Page 9 of 9

Exhibit E

**Exhibit E**

Certain Core/2002 Parties Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to SRI-WSA Properties I, LLC and UE Bergen Mall Owner LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire, Nicholas J. Brannick, Esquire, Margaret A. Vesper, Esquire | 919 N. Market Street, 11th Floor | | Wilmington | DE | 9801-3034 |
| Counsel to 237 Park LH Owner LLC | Kucker, Marino, Winiarsky & Bittens LLP | Edmond P. O'Brien, Esq. | 747 Third Avenue, 17th Floor | | New York | NY | 10017 |
| Counsel to Sticky Fingers Restaurants LLC | Leech Tishman Fuscaldo & Lampl | Jeffrey M. Carbino | 1007 N. Orange Street, Suite 420 | | Wilmington | DE | 19801 |
| Counsel to Creditor Jonathan Sherman | Norris McLaughlin, P.A. | Attn Melissa A. Pena, Esq. | 400 Crossing Boulevard, 8th Floor | PO Box 5933 | Bridgewater | NJ | 08807-5933 |
| Counsel to YJL Holdings LLC | Pryor Cashman LLP | Conrad K. Chiu, Esq. | 7 Times Square | | New York | NY | 10036-6569 |