# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Sticky's Holdings LLC, *et al.*,<br><br>              Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 24-10856 (JKS)<br><br>Jointly Administered<br><br>Re D.I. 545 & 553 |

**ORDER (I) AUTHORIZING ENTRY INTO PROPOSED LETTER OF INTENT WITH HARKER PALMER INVESTORS LLC; (II) AUTHORIZING REORGANIZED DEBTORS AND THEIR PROFESSIONALS TO PERFORM OBLIGATIONS THEREUNDER; AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of the above-captioned reorganized debtors and debtors in possession (the "Reorganized Debtors") for entry an order, pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 6004, (i) authorizing the Reorganized Debtors to execute and enter into the Harker Palmer LOI attached hereto as **Exhibit 1**; (ii) authorizing the Reorganized Debtors and their professionals to perform other obligations thereunder; and (iii) granting related relief, all as more fully described in the Motion; and the Court having reviewed the Motion and having considered the statements of counsel with respect to the Motion at a hearing before the Court; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District*

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sticky's Holdings LLC (3586); Sticky Fingers LLC (3212); Sticky Fingers II LLC (7125); Sticky Fingers III LLC (3914); Sticky Fingers IV LLC (9412); Sticky Fingers V LLC (1465); Sticky Fingers VI LLC (0578); Sticky's BK I LLC (0423); Sticky's NJ 1 LLC (5162); Sticky Fingers VII LLC (1491); Sticky's NJ II LLC (6642); Sticky Fingers IX LLC (5036); Sticky's NJ III LLC (7036); Sticky Fingers VIII LLC (0080); Sticky NJ IV LLC (6341); Sticky's WC 1 LLC (0427); Sticky's Franchise LLC (5232); Sticky's PA GK I LLC (7496); Stickys Corporate LLC (5719); and Sticky's IP LLC (4569). The Reorganized Debtors' mailing address is 21 Maiden Lane, New York, NY 10038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

*of Delaware* dated as of February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and upon the record of all proceedings before the Court; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this Order:

    **IT IS HEREBY ORDERED THAT:**

    1.    The Motion is GRANTED as set forth herein.

    2.    The Reorganized Debtors are authorized to enter into the Harker Palmer LOI, attached hereto as **Exhibit 1**, and the supplement to the Harker Palmer LOI, attached hereto as **Exhibit 2**, subject to further orders of the Court with respect to confirmation of the Modified Plan; *provided,* that the Harker Palmer LOI is hereby modified such that clause (ii)(a) of the description of the Second Earnst Money Deposit shall be as follows: "(a) up to $140,000 of the Reorganized Debtor's reasonable professional fees in April and May 2025."

    3.    The Reorganized Debtors and their professionals are further authorized to take any and all actions and perform all obligations necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the terms of the Harker Palmer LOI.

    4.    The Proponent Refundable Earnest Money Deposit delivered by Harker Palmer under the Harker Palmer LOI shall be held by the Reorganized Debtors in trust for the benefit of Harker Palmer and shall be used only for the purposes expressly set forth in the Harker Palmer LOI. The Proponent Refundable Earnest Money Deposit shall not be used or disbursed

without consent of Harker Palmer; *provided, however,* that no further order of the Court shall be required for the return to Harker Palmer of the Proponent Refundable Earnest Money Deposit if the Harker Palmer LOI terminates.

5. If the Modified Plan is not approved or the Harker Palmer LOI terminates, the Proponent Refundable Earnest Money Deposit shall be returned to Harker Palmer without further order of this Court.

6. The Motion to Convert shall be continued to the hearing on the Reorganized Debtors' Motion for approval of its modified plan consistent with and pursuant to the terms of the Harker Palmer LOI.

7. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

8. Pursuant to Bankruptcy Rule 6004(h), this Order shall not be stayed and is effective immediately upon its entry.

9. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: April 30th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE