**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Sticky's Holdings LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10856 (JKS)<br><br>Jointly Administered |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 6, 2025 AT 10:30 A.M. (ET)**

> This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom**.**  Please refer to Judge Stickles's Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**RESOLVED:**

1. Motion to Extend Deadline to file Objections to Claims (D.I. 593, filed 05/08/2025)

   Objection Deadline: May 29, 2025, at 4:00 p.m. (ET).

   Responses Received: None

   Related Pleadings:

   A. Notice of Hearing Regarding Motion to Extend Deadline to File Objections to Claims (D.I. 598, filed 05/08/2025)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sticky's Holdings LLC (3586); Sticky Fingers LLC (3212); Sticky Fingers II LLC (7125); Sticky Fingers III LLC (3914); Sticky Fingers IV LLC (9412); Sticky Fingers V LLC (1465); Sticky Fingers VI LLC (0578); Sticky's BK I LLC (0423); Sticky's NJ 1 LLC (5162); Sticky Fingers VII LLC (1491); Sticky's NJ II LLC (6642); Sticky Fingers IX LLC (5036); Sticky's NJ III LLC (7036); Sticky Fingers VIII LLC (0080); Sticky NJ IV LLC (6341); Sticky's WC 1 LLC (0427); Sticky's Franchise LLC (5232); Sticky's PA GK I LLC (7496); Stickys Corporate LLC (5719); and Sticky's IP LLC (4569). The Debtors' mailing address is 21 Maiden Lane, New York, NY 10038.

[2] **Amended items appear in bold and italicized font.**

       B.       Certificate of No Objection Regarding Motion to Extend Deadline to File Objections to Claims (D.I. 611, filed 05/30/2025)

       C.       Order Extending Deadline to Object to Claims (D.I. 612, filed 06/02/2025)

Status: An order was entered.  No hearing is necessary.

**MATTERS GOING FORWARD:**

2. Reorganized Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Unexpired Leases, Equipment Leases, and Executory Contracts; (II) Authorizing the Abandonment of Certain Personal Property; and (III) Granting Related Relief (D.I. 594, filed 05/08/2025)

    Objection Deadline: May 29, 2025, at 4:00 p.m. (ET).

    Responses Received: None

    Related Pleadings:

    A. Notice of Hearing Reorganized Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Unexpired Leases, Equipment Leases, and Executory Contracts; (II) Authorizing the Abandonment of Certain Personal Property; and (III) Granting Related Relief (D.I. 599, filed 05/08/2025)

    Status: This matter will not go forward if the Plan Modification Motion is approved by the Court at the hearing.

3. Reorganized Debtors' Motion for Entry of an Order (I) Authorizing the Reorganized Debtors to Modify, and Approving Modifications to, the Confirmed Plan of Reorganization, (II) Confirming the Subchapter V Reorganized Debtors Second Modified First Amended Plan of Reorganization, and (III) Granting Related Relief (D.I. 595, filed 05/08/2025)

    Objection Deadline: May 29, 2025, at 4:00 p.m. (ET). The deadline to object was extended until May 30, 2025 at 11:59 p.m. (ET) for the United States Trustee.  The deadline to object was further extended until June 2, 2025 at 12:00 p.m. (ET) for the United States Trustee. The deadline to file objections was extended until June 2, 2025 at 12:00 p.m. (ET) for all current lessors to the real property of the Debtor, U.S. Foods and the Subchapter V Trustee appointed in these cases.

    Responses Received: Informal comments from Avery Hall.

        A.    Objection of the U.S. Trustee to Reorganized Debtors' Motion for Entry of an Order (I) Authorizing the Reorganized Debtors to Modify, and Approving Modifications to, the Confirmed Plan of Reorganization, (II) Confirming the

        Subchapter V Reorganized Debtors Second Modified First Amended Plan of Reorganization, and (III) Granting Related Relief (D.I. 609, filed 05/30/2025)

    B.    Limited Objection to Debtors' Proposed Assumption and Assignment of the Termination Agreement filed by Paul Abrahamian (D.I. 616, filed 06/03/2025)

Related Pleadings:

    C.    Notice of Hearing on (X) (A) Reorganized Debtors Motion for Entry of an Order (I) Authorizing the Reorganized Debtors to Modify, and Approving Modifications to, the Confirmed Plan of Reorganization, (II) Confirming the Subchapter V Reorganized Debtors Second Modified First Amended Plan of Reorganization, and (III) Granting Related Relief; and (B) Confirmation Hearing on the Subchapter V Debtors Second Modified First Amended Plan of Reorganization; and (Y) Notice of: (I) Objection Deadlines with Respect to the Plan Modification Motion and the Confirmation of the Modified Plan and (II) Other Deadlines Related to Confirmation of the Modified Plan (D.I. 600, filed 05/08/2025)

    D.    Reply of Reorganized Debtors in Support of the Reorganized Debtors' Motion for Entry of an Order (I) Authorizing the Reorganized Debtors to Modify, and Approving Modifications to, the Confirmed Plan of Reorganization, (II) Confirming the Subchapter V Reorganized Debtors Modified First Amended Plan of Reorganization, and (III) Granting Related Relief (D.I. 613, filed 06/03/2025)

    E.    Harker Palmer Investors LLC's Response to Objection of the U.S. Trustee to Reorganized Debtors' Motion for Entry of an Order (I) Authorizing the Reorganized Debtors to Modify, and Approving Modifications to, the Confirmed Plan of Reorganization, (II) Confirming the Subchapter V Reorganized Debtors Second Modified First Amended Plan of Reorganization, and (III) Granting Related Relief (D.I. 615, filed 06/03/2025)

    F.    Reorganized Debtors' Witness List for Hearing on June 6, 2025 at 10:30 a.m (ET) (D.I. 617, filed 06/04/2025)

    G.    Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming Subchapter V Reorganized Debtors' Second Modified First Amended Plan of Reorganization (D.I. 619, filed 06/04/2025)

    **H.**    ***Reorganized Debtors' Exhibit List for Hearing on June 6, 2025 at 10:30 a.m. (ET)  (D.I. 621, filed 06/05/2025)***

> I. ***Declaration of Jamie Greer in Support of Reorganized Debtors Motion for Entry of an Order (I) Authorizing the Reorganized Debtors to Modify, and Approving Modifications to, the Confirmed Plan of Reorganization, (II) Confirming the Subchapter V Reorganized Debtors Second Modified First Amended Plan of Reorganization, and (III) Granting Related Relief (D.I. 622**, filed 06/05/2025)*

Status:  This matter is going forward.

4. Application by Brooks Shopping Centers, LLC for Allowance of Administrative Expense Claim for Lease Rejection Damages Under 11 U.SC. § 503(b)(7) (D.I. 605, filed 05/21/2025)

    Objection Deadline: May 29, 2025, at 4:00 p.m. (ET). The deadline was extended until June 6, 2025 at 10:30 a.m. (ET) for the Reorganized Debtors.

    Responses Received: None

    Related Pleadings:

    Status:  This matter is going forward.

| | |
|---|---|
| Dated: June <u>5</u>, 2025<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Henry J. Jaffe*<br>John W. Weiss (No. 4160)<br>Henry J. Jaffe (No. 2987)<br>Joseph C. Barsalona II (No. 6102)<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email: jweiss@pashmanstein.com<br>          hjaffe@pashmanstein.com<br>          jbarsalona@pashmanstein.com<br><br>-and-<br><br>Katherine R. Beilin (admitted *pro hac vice*)<br>Court Plaza South, East Wing<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601<br>Telephone: (201) 488-8200<br>Email: kbeilin@pashmanstein.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |