## 3:00 PM

**24-10856-JKS Sticky's Holdings LLC**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Paul Abrahamian | | Self | 3:00 PM | Zoom(Video and Audio) | yes |
| Katherine R. Beilin | PASHMAN STEIN WALDER HAYDEN, P.C. | Sticky Holdings | 3:00 PM | Zoom(Video and Audio) | yes |
| Niclas A. Ferland | Barclay Damon LLP | Brooks Shopping Centers, LLC | 3:00 PM | Zoom(Video and Audio) | yes |
| David M. Fournier | Troutman Pepper Locke LLP | Harker Palmer Investors LLC | 3:00 PM | Zoom(Video and Audio) | yes |
| Michael H. Goldstein | Goodwin Procter LLP | Harker Palmer Investors LLC | 3:00 PM | Zoom(Video and Audio) | yes |
| Jamie Greer | Sticky Holdings | Sticky Holdings | 3:00 PM | Zoom(Video and Audio) | yes |
| Henry Jon Jaffe | Pashmanstein Walder Hayden PC | Sticky Holdings | 3:00 PM | Zoom(Video and Audio) | yes |
| Susan E. Kaufman | Law Office of Susan E. Kaufman, LLC | Brooks Shopping Centers, LLC | 3:00 PM | Zoom(Video and Audio) | yes |
| Jonathan Lipshie | DOJ-Ust | UST | 3:00 PM | Zoom(Video and Audio) | yes |
| Hannah J McCollum | Office of the United States Trustee | U.S. Trustee | 3:00 PM | Zoom(Video and Audio) | yes |
| Natasha M. Songonuga | Archer & Greiner, P.C. | Subchapter V Trustee | 3:00 PM | Zoom(Video and Audio) | yes |

| | | | | |
|---|---|---|---|---|
| John W. Weiss | Pashman Stein Walder Hayden, P.C. | 3:00 PM | Zoom(Video and Audio) | yes |