**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Sticky's Holdings, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-10856 (JKS)<br>(Jointly Administered)<br><br>**Related Dkt. No. 708, 722** |

**TRUSTEE'S REPORT REGARDING SALE OF ESTATE PROPERTY**

PLEASE TAKE NOTICE that Ricardo Palacio, solely as the chapter 7 trustee (the "Trustee") of Sticky's Holdings, LLC, et al (the "Debtors") and their estates (the "Estates") in the above-captioned cases, files this Report pursuant to Bankruptcy Rule 6004(f) setting forth the results of the sale of certain assets pursuant to the *Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, and Encumbrances, and (II) Granting Related Relief* [Docket No. 708] (the "Sale Motion").

PLEASE TAKE FURTHER NOTICE that, on October 8, 2025, the Court entered an order [Docket No. 722] (the "Sale Order") granting the Sale Motion and approving the sale of the Debtors' Assets (the "Sale") to Purchaser (as defined in the Sale Motion and related Asset Purchase Agreement).

PLEASE TAKE FURTHER NOTICE that, on October 15, 2025, the Trustee and Purchaser closed the Sale. The Trustee confirms that the conditions precedent to closing the Sale were

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number are as follows: Sticky's Holdings LLC (3586); Sticky Fingers LLC (3212); Sticky Fingers II LLC (7125); Sticky Fingers III LLC (3914); Sticky Fingers IV LLC (9412); Sticky Fingers V LLC (1465); Sticky Fingers VI LLC (0578); Sticky's BK I LLC (0423); Sticky's NJ 1 LLC (5162); Sticky Fingers VII LLC (1491); Sticky's NJ II LLC (6642); Sticky Fingers IX LLC (5036); Sticky's NJ III LLC (7036); Sticky Fingers VIII LLC (0080); Sticky NJ IV LLC (6341); Sticky's WC 1 LLC (0427); Sticky's Franchise LLC (5232); Sticky's PA GK I LLC (7496); Stickys Corporate LLC (5719); and Sticky's IP LLC (4569). The Debtors' mailing address is 21 Maiden Lane, New York, NY 10038.

satisfied and that he is in receipt of all the purchase price consideration identified in the Agreement approved pursuant to the Sale Order and submits that the remedies and protections afforded to Purchaser under the terms of the Sale Order are fully effective as of the date of the closing of the Sale, including all protections afforded to Purchaser pursuant to 11 U.S.C. 363(m).

Dated: October 21, 2025

*/s/ Ricardo Palacio*
Ricardo Palacio
Chapter 7 Panel Trustee
P.O. Box 195
Wilmington, DE 19899
Telephone: (302) 654-1888